IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERLYNN D. STEWART,<br><br>Defendant. | **9:22-PO-05089-KLD**<br>VIOLATION: F5474840<br><br>Location Code: M2<br><br>JUDGMENT IN A CRIMINAL CASE |

Defendant Sherlynn Stewart appeared before the Court for a bench trial on January 12, 2023. Defendant was found guilty of the following charge: F5474840, going into or being upon an area closed by order, in violation of 36 C.F.R. § 261.52(e).

The Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant was ordered to pay a fine in the amount of $200.00 plus a $10.00 special assessment for a total of $210.00.

2. Pursuant to 18 U.S.C. §§ 3402 and 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant was advised of her right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of

District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with U.S. Magistrate Judge Kathleen L. DeSoto.

Defendant satisfied the judgment in full by paying the fine on January 12, 2023.

DATED this 13th day of January, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge